UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WEYLIN W. ALFORD, § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, § <br> Director, Texas Department of Criminal § <br> Justice–Correctional Institutions Division, § <br> Respondent. § | CIVIL ACTION NO. 4:17-cv-02751 |

## Order of Adoption

On June 18, 2018, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation. (16). No objections have been filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Alford's petition for writ of habeas corpus is denied without prejudice. A certificate of appealability will not issue.

Signed July 10, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge